IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JIMMY DIXON,                                                    *

                              Plaintiff,                        *
v.                                                                      Case No.  4:23-cv-47 (CDL)
                                                               *
BRAIDAN/FORD SECURITY, LLC and
BRAIDAN SECURITY, INC.,                                        *

                              Defendants.                      *

_____

## J U D G M E N T

     Pursuant to this Court's Order dated December 20, 2023 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff against Braidan/Ford Security, LLC in the amount of  $ 24,801.70, plus 802.00 in FLSA approved costs to Morgan and Morgan, P.A..  The amount shall accrue interest from the date of entry of judgment at the rate of  5.01  % per annum until paid in full.

     This 20th day of December 2023.

                                David W. Bunt, Clerk


                                s/ Timothy L. Frost, Deputy Clerk